FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

October 20, 2020

No. 04-20-00396-CR

**EX PARTE TOMMIE CARTER**

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR5767A
Honorable Catherine Torres-Stahl, Judge Presiding

# O R D E R

In this habeas corpus appeal, the State's brief was originally due to be filed with this court on October 19, 2020. On the due date, the State filed its first motion for a ten-day extension of time to file its brief until October 29, 2020.

The State's motion is GRANTED. The State must file its brief with this court by October 29, 2020. *See* TEX. R. APP. P. 31.2 ("An appeal in a habeas corpus or bail proceeding will be heard at the earliest practicable time.").

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of October, 2020.



_____
MICHAEL A. CRUZ, Clerk of Court